IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RICHARD HARMAN | § | |
| v. | § | CIVIL ACTION NO. 6:11cv256 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

    The Report and Recommendation of the Magistrate Judge, which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Commissioner's Unopposed Motion to Remand (docket entry #11) be granted and this social security action be remanded pursuant to the sixth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the opinion therein. The Report and Recommendation further recommends that upon remand, this case be administratively closed until such time as the Commissioner seeks to proceed again before the Court. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

    In light of the foregoing, it is

    **ORDERED** that the Commissioner's Unopposed Motion to Remand (docket entry #11) is hereby **GRANTED** and this social security action **REMANDED** pursuant to the sixth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the findings and conclusions of the Magistrate Judge, which are hereby adopted. It is further

**ORDERED** that this case is **ADMINISTRATIVELY CLOSED**.  Any party may ask that the cause of action be returned to the active docket in order to proceed before the Court or for the purpose of filing a joint motion to dismiss the case.  It is finally

**ORDERED** that any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 16th day of November, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**