IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| RICHARD HARMAN, | § | |
| :--- | :--- | :--- |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 6:11-cv-256 |
| | § | |
| MICHAEL J. ASTRUE | § | |
| *Defendant*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On June 28, 2016, the Magistrate Judge issued his Report and Recommendation ("R&R") (Doc. No. 31), recommending that the final decision of the Commissioner be affirmed. No objections to the R&R have been presented for consideration within the prescribed time period for such objections.

Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and the complaint is hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

So Ordered and Signed
Jul 21, 2016

_____
Ron Clark, United States District Judge